UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| JAMES GREGORY FRANKLIN, JR. | CIVIL ACTION |
| VERSUS | NUMBER: 17-12108 |
| ANDRE NELSON, ET AL. | SECTION: "B" (5) |

**O R D E R**

The Court, having considered the complaint, the record, the applicable law, the Magistrate Judge's Report and Recommendation, and the failure of Plaintiff to file any objections to the Magistrate Judge's Report and Recommendation, hereby approves the Magistrate Judge's Report and Recommendation and adopts it as its opinion herein.

Accordingly,

**IT IS ORDERED** that Plaintiff's suit is dismissed for failure to prosecute pursuant to Rule 41(b), Federal Rules of Civil Procedure.

New Orleans, Louisiana, this 11th day of May, 2018.

_____
IVAN L.R. LEMELLE
SENIOR UNITED STATES DISTRICT JUDGE